IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01651-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

BRIAN RAY KARSTEN,

      Plaintiff,

v.

BLAKE R. DAVIS,
P.A. CAMACHO, and
FIVE JOHN/JANE DOES,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff, Brian Ray Karsten, is a prisoner in the custody of the Federal Bureau of

Prisons who currently is incarcerated at the federal prison camp in Florence, Colorado.

He has submitted *pro se* a Prisoner Complaint.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documentation is

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Plaintiff files in response to this order

must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>    is not submitted
(2)   __    is missing affidavit
(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing an original signature by the prisoner

(7)    __    is not on proper form
(8)    __    names in caption do not match names in caption of complaint, petition or
            habeas application
(9)    __    An original and a copy have not been received by the court.
            Only an original has been received.
(10)   X    other: § 1915 motion and affidavit and certified account statement only
            are necessary if $400.00 filing fee is not paid in full in advance.


**Complaint, Petition or Application**:
(11)   __    is not submitted
(12)   __    is not on proper form (must use the court's current form)
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court.  Only an
            original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(18)   __    names in caption do not match names in text
(19)   __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30)**

**days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case

manager or the facility's legal assistant) the Court-approved Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the

applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency

**within thirty days from the date of this order**, the complaint and the action will be

dismissed without further notice.

DATED July 2, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

3