IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01651-WJM-MJW

BRIAN RAY KARSTEN,

Plaintiff,

v.

CAMACHO, P.A. and
FIVE JOHN/JANE DOES,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for Clarification (Docket No. 32) is GRANTED insofar as the court provides the following clarification. Plaintiff seeks further clarification as to the court's comments regarding ghostwriting made during the September 23, 2013 Status Conference (Docket No. 23). The court's comments regarding ghostwriting are limited to the extent as outlined in D.C.COLO.LCivR 11.1 and Duran v. Carris, 238 F.3d 1268, 1271-73 (10th Cir. 2001). The court expresses no opinion as to the Supreme Court cases cited by plaintiff in the subject motion.

Date: October 7, 2013