IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 13-cv-01651-WJM-MJW

BRIAN RAY KARSTEN,

Plaintiff,

v.

CAMACHO, P.A. and
FIVE JOHN/JANE DOES,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Extend Time for Service Upon John/Jane Doe Defendants Pursuant to Fed. R. Civ. P. 4(m) (Docket No. 40) is DENIED.  This matter was commenced on June 21, 2013 (Docket No. 1).  The court has given plaintiff up to and including December 3, 2013 to identify the John/Jane Doe Defendants.  The court finds the extension afforded plaintiff is an appropriate and reasonable period of time under Fed. R. Civ. P. 4(m).  In addition, the court finds that plaintiff has failed to show good cause for a further extension.

It is FURTHER ORDERED that plaintiff's Motion Pursuant to Fed. R. Civ. P. 12(f)(2) to Strike Response of AUSA J. Benedict Garcia (Docket No. 43) is DENIED.  Plaintiff seeks an order striking defendants' reply (Docket No. 42) to the motion to dismiss (Docket No. 27).  The court has reviewed defendants' reply (Docket No. 43) and finds that it is not sufficiently redundant, immaterial, impertinent, or scandalous to warrant striking it under Fed. R. Civ. P. 12(f).

Date: October 30, 2013