**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-01651-WJM-MJW

BRIAN RAY KARSTEN,

    Plaintiff,

v.

CAMACHO, P.A., and
FIVE JOHN/JANE DOES,

    Defendants**.**

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Adopting Recommendation And Granting Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on April 22, 2014,

    IT IS ORDERED that the Magistrate Judge's Recommendations (ECF No. 50) and (ECF No. 51) are ACCEPTED.

    IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 27) is GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered in favor of defendants and against the plaintiff on all claims and the action and complaint are dismissed.  Each party shall bear his/her own costs.

    Dated at Denver, Colorado, this 23rd day of April 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk